GORDON RENEGAR, Respondent, *v.* HARRY W. BARRY, Appellant.

Argued October 11, 1938; decided October 25, 1938.

*Ralph W. Dox* and *Ulysses S. Thomas* for appellant.
*Albert J. Waterman* for respondent.

Judgment affirmed, with costs; no opinion. (See 279 N. Y. 685.)

Concur: LEHMAN, O'BRIEN, LOUGHRAN and FINCH, JJ. Dissenting: CRANE, Ch. J., HUBBS and RIPPEY, JJ.